Argued and submitted September 19, 1991, conviction affirmed; sentence vacated and remanded for resentencing January 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

TYNDEL JAY NEWMAN,
*Appellant.*

(D9100127T; CA A68096)

823 P2d 454

Michael Curtis, Hillsboro, argued the cause and filed the brief for appellant.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Defendant seeks modification of the sentence imposed after his conviction for driving under the influence of intoxicants. ORS 813.010(1). He contends that the court lacked authority to impose a 10-day jail term as a condition of probation. We agree and remand for resentencing.

In *State v. Oary*, 109 Or App 580, 820 P2d 857 (1991), we held that ORS 813.020 does not authorize probation in DUII cases. A 10-day jail term as a condition of probation is also not authorized. *State v. Zern*, 110 Or App 562, 822 P2d 161 (1992).

Conviction affirmed; sentence vacated and remanded for resentencing.